**Office Mailing Address:**
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

**Send Payments ONLY to:**
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-12111-PMM

SERGIO PEREZ, JR.
315 HAIG BLVD
READING  PA    19607

Petition Filed Date: 04/02/2019
341 Hearing Date: 06/11/2019
Confirmation Date: 11/14/2019

Case Status: Completed on 5/ 7/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $335.00 | | 09/08/2023 | $335.00 | | 10/10/2023 | $335.00 | |
| 11/07/2023 | $335.00 | | 12/07/2023 | $335.00 | | 01/09/2024 | $335.00 | |
| 02/07/2024 | $335.00 | | 03/07/2024 | $335.00 | | 04/08/2024 | $335.00 | |
| 05/07/2024 | $335.00 | | | | | | | |

**Total Receipts for the Period:  $3,350.00   Amount Refunded to Debtor Since Filing:  $300.00  Total Receipts Since Filing: $20,165.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $102.28 | $25.74 | $76.54 |
| 2 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $929.54 | $233.97 | $695.57 |
| 3 | BERKS CO DRS<br>»» 003 | Priority Crediors | $10,777.00 | $10,777.00 | $0.00 |
| 4 | BERKS CO DRS<br>»» 004 | Priority Crediors | $3,079.00 | $3,079.00 | $0.00 |
| 5 | ARCADIA RECOVERY BUREAU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | SERGIO PEREZ, JR. | Debtor Refunds | $300.00 | $300.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12111-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,165.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $18,415.71 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,749.29 | Total Plan Base: | $19,865.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.